

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-25-00727-CV

**IN THE INTEREST OF M.J.P.** and **B.L.P.**, Children

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. CVW1400122
Honorable Russell Wilson, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED for failure to pay the filing fee. Costs of this appeal are taxed against appellant.

SIGNED December 17, 2025.

_____
Rebeca C. Martinez, Chief Justice